IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.                                          Criminal No. 1:25-cr-4

AMIRREZA AZAD,

    Defendant.

## ORDER AUTHORIZING CLERK TO PROVIDE SEALED DOCUMENTS TO THE GOVERNMENT

Before the Court is the government's motion to authorize the Clerk of the Court to provide certain sealed documents to the government. Specifically, the government seeks the following: (1) the criminal information; (2) the plea agreement; (3) the restitution order, if any has been entered yet; and (4) the judgment. For good cause shown, the Court **GRANTS** the government's motion and **AUTHORIZES** the Clerk of the Court to produce the criminal information, the plea agreement, the restitution order, and the judgment to the government through AUSA Kevin Hudson, 11815 Fountain Way, Suite 200, Newport News, Virginia 23606 and kevin.hudson@usdoj.gov.

_____/s/_____
Patricia Tolliver Giles
United States District Judge

Alexandria, Virginia

Dated: _7/14/2024_